**Stephen V. Piucci, OSB No. 821056**
steve@piucci.com
Piucci Law
900 SW 13th Avenue, Suite 200
Portland, OR 97205
Phone: (503) 228-7385
Fax: (503) 228-2571

Attorney for Plaintiff Joshua B. Hoile

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JOSHUA B. HOILE,<br><br>Plaintiff,<br><br>v.<br><br>KELTIE FISHING INCORPORATED, an Oregon for-profit corporation; and SCOTT R. HARTZELL, individually,<br><br>Defendants. | NO. 6:23-cv-1034<br><br>COMPLAINT FOR DAMAGES<br><br>JURY DEMAND |

COMES NOW, Joshua B. Hoile, Plaintiff herein, and for cause of action against Defendants, alleges as follows:

1. Jurisdiction. This is an action by a seaman against his employer for injuries incurred in the course of his employment. Jurisdiction is vested in this court under 46 U.S.C. § 30104, the general maritime law, and Fed. R. Civ. Pro. 9(h).

2. Parties.

A. At all times material, Plaintiff was resident of the District of Oregon residing in Reedsport, Oregon.



**PIUCCI LAW LLC**
900 SW 13TH Avenue, Suite 200
Portland, OR 97205
P: (503) 228-7385 F: (503) 228-2571

B. At all times material, Defendant Keltie Fishing Incorporated was an Oregon for-profit corporation doing business in the District of Oregon and was the owner and operator of the F/V OSSIAN and employed Plaintiff as a member of the crew of the F/V OSSIAN.

C. At all times material, Defendant Scott R. Hartzell was a resident of Westlake, Oregon in the District of Oregon, and was the owner and operator of the F/V OSSIAN and employed Plaintiff as a member of the crew of the F/V OSSIAN.

3. Liability.

A. On or about February 6, 2021, the F/V OSSIAN was in navigable waters of the United States. Plaintiff was in the course and scope of his employment with Defendants as a member of the crew of the F/V OSSIAN when he tripped on a loop of line that was wrapped around a deck board on the aft working deck of the F/V OSSIAN while the vessel was in the port of Winchester Bay, Oregon offloading crab. As a result of the fall, Plaintiff sustained serious injuries to his lower back with radicular symptoms into his legs.

B. At that time and place, Defendants were negligent and the F/V OSSIAN was unseaworthy. Defendants' negligence and the unseaworthiness of the F/V OSSIAN include, but may not be limited to: (a) failing to provide Plaintiff with a safe place to work; (b) failure to remove the loops of line on the aft working deck that constituted a trip hazard for the crew; (c) installation of a trip hazard on the main aft working deck; (d) failure to conduct a job hazard analysis regarding the hazard presented by the loops of line on the aft working deck; (e) engaging in unsafe operations; and (f) failure to conduct proper maintenance of the vessel. Upon information and belief, discovery will show additional evidence of negligence and unseaworthiness.

4. Damages. As a direct and proximate result of Defendants' negligence and the unseaworthiness of the F/V OSSIAN, Plaintiff sustained severe injuries, including, but may not be limited to, injuries to Plaintiff's lower back with radicular symptoms into his legs that



**PIUCCI LAW LLC**
900 SW 13TH Avenue, Suite 200
Portland, OR 97205
P: (503) 228-7385 F: (503) 228-2571

led to surgery and permanent disability to be fully specified in discovery and by Plaintiff's medical doctors. Plaintiff has incurred in the past and, with reasonable probability, will incur in the future, medical expenses, lost earnings and lost earning capacity, pain and suffering, anguish, psychological stress, disability, and loss of enjoyment of life.

WHEREFORE, plaintiff prays for damages and judgment against Defendants, jointly and severally, in an amount to be determined by the presentation of evidence at the time of trial, together with prejudgment interest, his taxable costs and attorneys' fees.

DATED this 17th day of July, 2023.

By *_/s/Stephen V. Piucci_*
Stephen V. Piucci, OSB No. 821056
Email: steve@piucci.com
Attorney for Plaintiff Joshua B. Hoile



**PIUCCI LAW LLC**
900 SW 13TH Avenue, Suite 200
Portland, OR 97205
P: (503) 228-7385 F: (503) 228-2571