**Richard J. Davies,** (admitted *pro hac vice*)
rjd@admiralty.com
**Marissa A. Olsson,** (admitted *pro hac vice*)
mao@admiralty.com
Kraft Davies Olsson PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 624-8844

**Stephen V. Piucci, OSB No. 821056**
steve@piucci.com
Piucci Law
900 SW 13th Avenue, Suite 200
Portland, OR 97205
Phone: (503) 228-7385
Fax: (503) 228-2571

Attorneys for Plaintiff Joshua B. Hoile

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JOSHUA B. HOILE,<br><br>Plaintiff,<br><br>v.<br><br>KELTIE FISHING INCORPORATED, an Oregon for-profit corporation; and SCOTT R. HARTZELL, individually,<br><br>Defendants. | Case No. 6:23-cv-1034-AA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

## STIPULATION

**COME NOW** Plaintiff Joshua B. Hoile and Defendants Keltie Fishing Incorporated and Scott R. Hartzell, through their respective counsel, and stipulate to the entry of

an Order of Dismissal of Plaintiff's Claims Against Defendants, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

DATED this 9th day of July, 2024.

By: s/Richard J. Davies

Richard J. Davies, WSBA No. 25365
Marissa A. Olsson, WSBA No. 43488
KRAFT DAVIES OLSSON, PLLC
1700 7th Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 624-8844
Fax: (866) 231-2499
E-mail: rjd@admiralty.com
E-mail: mao@admiralty.com

Attorneys for Joshua B. Hoile

By: s/Stephen V. Piucci

Stephen V. Piucci, OSB No. 821056
PIUCCI LAW
900 SW 13th Avenue, Suite 200
Portland, Oregon 97205
Seattle, Washington 98106
Telephone: (503) 228-7385
Fax: (503) 228-2571
E-mail: steve@piucci.com

Attorney for Joshua B. Hoile

By: s/ James Molyneux-Elliot
Thomas E. McDermott, OSB No. 762430
James Molyneux-Elliot, OSB No. 205062
LINDSAY HART, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201
Telephone: (503) 226-7677
Fax: (503) 226-7697
E-mail: tmcdermott@lindsayhart.com
E-mail: jmolyneux-elliott@lindsayhart.com

Attorneys for Defendants

**[PROPOSED] ORDER**

Based on the foregoing Stipulation, the referenced claims of Plaintiff are hereby dismissed with prejudice, and without costs.

Dated this ______ day of July, 2024.

______________________________
THE HONORABLE ANN L. AIKEN
United States District Court Judge

Presented By.

KRAFT DAVIES OLSSON, PLLC

By: s/Richard J. Davies
RICHARD J. DAVIES, WSBA No. 25365
Kraft Davies Olsson, PLLC
1700 7th Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 624-8844
Fax: (866) 231-2499
E-Mail: rjd@admiralty.com
Attorneys for Plaintiff